UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
LASHARAN SHANTEL AMOS, :
: 18 Civ. 962 (PAE)
Plaintiff, :
: ORDER
-v- :
:
1199 SEIU NATIONAL BENEFIT FUND, 1199 SEIU :
HEALTH CARE AND HOME CARE EMPLOYEES :
PENSION FUNDS, THE 1199 SEIU EMPLOYMENT, :
TRAINING AND JOB SECURITY FUND AND THE :
1199 SEIU EMPLOYER CHILD CARE FUND and J.P. :
MORGAN CHASE, :
:
Defendants. :
:
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

On April 20, 2018, the Court issued an order in this matter that directed the Clerk of Court to refund *pro se* plaintiff Lasharan Shantel Amos her $400 filing fee, after she moved to voluntarily dismiss this case. Dkt. 5. On April 24, 2022, the Finance Department disbursed this amount as a refund to Amos. *See* docket entry dated April 27, 2018.

On December 6, 2022, the Finance Department notified the Court that it had recently received another check from Amos, this time for $402, to pay the filing fee in this matter.

Consistent with the Court's prior order, the Clerk of Court is respectfully directed to refund Amos her recent $402 payment by disbursing a check to her address on file. This case remains dismissed.

SO ORDERED.

                                             *Paul A Engelmayer*
                                             Paul A. Engelmayer
                                             United States District Judge

Dated: December 6, 2022
       New York, New York