```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                            :
LASHARAN SHANTEL AMOS,                                      :
                                                            :        18 Civ. 962 (PAE)
                                        Plaintiff,          :
                                                            :              ORDER
                -v-                                         :
                                                            :
1199 SEIU NATIONAL BENEFIT FUND, 1199 SEIU                  :
HEALTH CARE AND HOME CARE EMPLOYEES                         :
PENSION FUNDS, THE 1199 SEIU EMPLOYMENT,                    :
TRAINING AND JOB SECURITY FUND AND THE                      :
1199 SEIU EMPLOYER CHILD CARE FUND and J.P.                 :
MORGAN CHASE,                                               :
                                                            :
                                        Defendants.         :
                                                            :
------------------------------------------------------------------------ X
```

PAUL A. ENGELMAYER, District Judge:

On April 20, 2018, the Court issued an order in this matter that directed the Clerk of Court to refund *pro se* plaintiff Lasharan Shantel Amos her $400 filing fee, after she moved to voluntarily dismiss this case. Dkt. 5. On April 24, 2022, the Finance Department disbursed this amount as a refund to Amos. *See* docket entry dated April 27, 2018.

On December 6, 2022, the Finance Department notified the Court that it had recently received another check from Amos, this time for $402, to pay the filing fee in this matter. That same day, based on this guidance from the Finance Department, the Court directed the Clerk of Court to refund Amos her recent $402 payment by disbursing a check to her address on file. Dkt. 6.

On December 7, 2022, after the Court issued that order, the Finance Department informed the Court that, based on new information, the correct amount owed to Amos is $102, not $402.

Accordingly, the Court amends its order dated December 6, 2022, Dkt. 6, to direct the Clerk of Court to refund plaintiff Amos $102 by disbursing a check to her address on file. This case remains closed.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 9, 2022
New York, New York